# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **TYNESHA WHITE,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 111(a)(1) and (b)** |
| Defendant. | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers or Employees)** |

## I N D I C T M E N T

The Grand jury charges that:

### COUNT ONE

On or about February 4, 2015, within the District of Columbia, **TYNESHA WHITE** did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere causing injury by physical contact to Deputy United States Marshal Liz Vaichus, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of her official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.